JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD HALSTEAD, *et al.*, | Case No:   CV 08-7867 VBF (VBKx) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Hon. Valerie Baker Fairbank<br>United States District Judge |

This Court, having read and considered the parties' Stipulation for Compromise Settlement and Release, and finding good cause therefore, hereby orders that this action be dismissed in its entirety, with prejudice, and that each party shall bear their own costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

**Dated this 16th day of December 2009.**

*/s/ Valerie Baker Fairbank*

---

**THE HONORABLE VALERIE BAKER FAIRBANK**

**UNITED STATES DISTRICT JUDGE**

1 | Presented by:

2 | GEORGE S. CARDONA
Acting United States Attorney
3 | LEON W. WEIDMAN
Assistant United States Attorney
4 | Chief, Civil Division

5

6 | /s/ *Terrence M. Jones*
TERRENCE M. JONES
7 | Assistant United States Attorney

8 | Attorneys for Defendant
9 | United States of America

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28